Steven S. Vahidi (SBN 283951)
   *Steven@VahidiLawGroup.com*
Troy D. Vahidi (SBN 253297)
   *Troy@VahidiLawGroup.com*
**VAHIDI LAW GROUP**
5000 Birch Street, West Tower, Suite 3000
Newport Beach, CA 92660
**MAILING ADDRESS:**
**17130 VAN BUREN BLVD., #130**
**RIVERSIDE, CA 92504**
Telephone:  833.852.8529

Attorneys for Defendant
LIBBEY GLASS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JESSICA MARIE SHAVER,<br><br>Plaintiff,<br><br>vs.<br><br>LIBBEY GLASS LLC, and DOES 1 to 50,<br><br>Defendants. | CASE NO.  2:22-cv-07092<br><br>**NOTICE OF REMOVAL; DECLARATION OF TROY D. VAHIDI, ESQ. IN SUPPORT**<br><br>Assigned to Hon.<br>Courtroom:<br><br>Action Filed:   August 30, 2022<br>Trial Date:      None |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant LIBBEY GLASS LLC (hereinafter referred to as "Defendant"), by and through its attorneys hereby submits this Notice of Removal from the Superior Court of California, County of Los Angeles, in which the above-captioned matter is now pending, to the United States District Court for the Central District of California-Western Division.  In support of said Notice, Defendant states as follows:

## Nature of Action

1. This is a product liability action in which plaintiff Jessica Marie Shaver (herein referred to as "Plaintiff") alleges her right hand was "severely lacerated by a large shard of glass" while she was attempting to salt the rim of a defective "small rocks glass." Plaintiff alleges that she was performing her duties as a bartender as a restaurant, preparing drinks, when the small rocks glass "spontaneously and unexpectedly failed and shattered in her hands."

2. Plaintiff alleges that the "small rocks glass" at issue was manufactured by Defendant.

3. Plaintiff commenced this action on August 30, 2022, by filing a civil short-form Complaint in the Superior Court of California, County of Los Angeles, bearing Docket No. 22STCV28306, and captioned as above.

4. Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings and orders served upon this Defendant are attached hereto as **Exhibit A**.

## Timeliness of Removal

5. Defendant first received notice of this action by receipt of a copy of the Summons and Complaint on September 2, 2022, by way of regular mail. This was Defendant's first notice of the within action.

6. This Notice of Removal is being filed within thirty (30) days after receipt of the original Complaint by Defendant, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

## Amount in Controversy

7. Plaintiff's Complaint alleges that Plaintiff's right hand was "severely lacerated by a large shard of glass. Plaintiff's Complaint further alleges that as a result of Defendant's actions she experienced "a great deal of pain and suffering, residual injuries, permanent scarring and functional limitations that affect her activities of daily living." Plaintiff seeks compensatory damages for pain and suffering, and loss of earning capacity. in addition to special damages for medical expenses and wage loss.

Plaintiff also seeks punitive damages.

8. Based upon the above, and the attached Declaration of Troy D. Vahidi Esq., it is respectfully submitted that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## Diversity of Citizenship

9. Plaintiff's Complaint alleges that Plaintiff, Jessica Marie Shaver is a citizen of California and resides in Los Angeles County, California.

10. Defendant Libbey Glass LLC is an Ohio Limited Liability Company with its principal place of business in Toledo, (Lucas County) Ohio. Additionally, Libbey Glass LLC's sole member is LG Acquirer Holdco Inc. LG Acquirer Holdco Inc. is a Delaware Domestic Corporation, with its principal place of business in Toledo, Ohio, and thus is a citizen of Ohio. Accordingly, Libbey Glass LLC is a citizen of Ohio.

11. Pursuant to 28 U.S.C. § 1332(c)(1) full diversity exists among all parties in this action since Defendant was formed, incorporated and maintains its principal place of business in a different state than in which Plaintiff resides.

## Plea for Removal

12. Insofar as the amount in controversy is alleged to exceed $75,000.00 and full diversity exists between the parties, removal is proper pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(a). Contemporaneously herewith, written notice is given to all parties and to the Clerk of the Superior Court of California, County of Los Angeles, that this Notice of Removal is being filed with this Court.

///
///
///
///
///
///
///
///

**NOTICE OF REMOVAL; DECLARATION OF TROY D. VAHIDI, ESQ. IN SUPPORT**

WHEREFORE, Defendant, Libbey Glass LLC, files this Notice of Removal so that the entire state court action under Docket No. 22STCV28306, now pending in the Superior Court of California, County of Los Angeles, shall be removed to this Court for all further proceedings.

Dated:  September 29, 2022

VAHIDI LAW GROUP

By: _____
STEVEN S. VAHIDI
TROY D. VAHIDI

Attorneys for Defendant
LIBBEY GLASS LLC

# DECLARATION OF TROY D. VAHIDI, ESQ.

I, Troy D. Vahidi, Esq., declare:

1. I am an attorney duly licensed to practice before all courts of the State of California and an attorney with the law firm Vahidi Law Group, attorneys of record for Libbey Glass LLC, a party to this action, and have personal knowledge of each and all of the facts stated in this declaration. If called as a witness, I could and would competently testify to the facts contained herein.

2. This Declaration is made in support of the "NOTICE OF REMOVAL" submitted by Defendant Libbey Glass LLC.

3. On September 28, 2022, I met and conferred via telephone with Plaintiff's attorney of record, Manee Pazargad, Esq., to discuss Defendant Libbey Glass LLC's intent to Remove this case to Federal Court based on diversity jurisdiction. I asked counsel, in order to avoid this motion, if Plaintiff would stipulate that Plaintiff's total damages do not exceed the Federal jurisdictional amount in controversy requirement of $75,000 exclusive of interest and costs. Mr. Pazargad declined and understood that Defendant would thus file this Notice of Removal to federal court based on diversity jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this September 29, 2022, at Newport Beach, California.

_____
TROY D. VAHIDI, Esq., Declarant

1
CASE NO.
**NOTICE OF REMOVAL; DECLARATION OF TROY D. VAHIDI, ESQ. IN SUPPORT**

# PROOF OF SERVICE
JESSICA MARIE SHAVER v. LIBBEY GLASS LLC
U.S.D.C. Central Dist. of CA - Western Div.
CASE NO. 2:22-cv-07092

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Riverside, State of California. My business address is 17130 Van Buren Blvd., #130, Riverside, CA 92504.

On September 29, 2022, I served the following document(s) described as:

**NOTICE OF REMOVAL; DECLARATION OF TROY D. VAHIDI, ESQ. IN SUPPORT**

on the interested parties in this action by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Manee Pazargad<br>GP Law Group, Inc.<br>15915 Ventura Blvd., Ste. 301<br>Encino, CA 91436 | Attorneys for Plaintiff<br>JESSICA MARIE SHAVER<br><br>T:   310-860-0600<br>F:   310-861-0506<br>Email:  mp@gplitigation.com |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **BY EMAIL OR ELECTRONIC TRANSMISSION**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address *kerry@vahidilawgroup.com* to the person(s) at the email address(es) listed on the Proof of Service/Service List. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on September 29, 2022, at Riverside, California.

Kerry Powers